COURT
OF APPEALS

                                         SECOND
DISTRICT OF TEXAS

                                                     FORT
WORTH

 

                                           NO.
2-08-406-CV

 

BRIAN
EDWARD FRANKLIN                                                   APPELLANT

 

                                                      V.

 

THE
CITY OF FORT WORTH, FORT                                         APPELLEES

WORTH CIVIL SERVICE
COMMISSION, 

AND NORMAN BENNETT

                                                                                                           

                                                   ----------

             FROM
THE 141ST DISTRICT COURT OF TARRANT COUNTY

                                                   ----------

                   MEMORANDUM
OPINION[1]
AND JUDGMENT

                                                   ----------

We have considered appellant=s AWithdrawal
Of Notice Of  Appeal.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

 

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

 

DELIVERED:  December 18, 2008











[1]See Tex. R. App. P. 47.4.